Probation Form No. 35
(3/05 Mod)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### District of Maryland

UNITED STATES OF AMERICA

Vs.                                                                                          Crim. No. WDQ-03-0352

Troy Marsh

On November 16, 2004 the above named was placed on Supervised Release for a period of months. He has complied with the rules and regulations. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

_____
Debbie Wojciechowski
U.S. Probation Officer

_____
Stephanie V. Lee
Supervisory U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Signed this 24th day of Dec, 2008.

_____
William D. Quarles
U.S. District Judge