**U.S. Probation and Pretrial Services**

# MEMORANDUM

2008 DEC 29  P 3: 07

CLERK'S OFFICE
AT BALTIMORE

DEPUTY

**DATE:** December 10, 2008

**TO:** The Honorable William D. Quarles
U.S. District Judge

**FROM:** Debbie Wojciechowski
U.S. Probation Officer

**SUBJECT:** MARSH, Troy
Docket No.: WDQ-03-0352
Supervised Release Expiration Date: 9/21/1009

### REQUEST FOR EARLY TERMINATION

The purpose of this memorandum is to respectfully request Your Honor to consider granting Troy Marsh an early termination from supervision. Pursuant to 18 U.S.C. §§ 3564 ©) and 3583 (e)(1), courts are permitted to terminate probation in misdemeanor cases at any time and to terminate supervised release or probation in felony cases after one year, if such action is warranted.

On November 16, 2004, Mr. Marsh appeared before Your Honor for sentencing on the charge of Conspiracy To Distribute MDMA, Methamphetamine and Ketamine. Mr. Marsh was sentenced to the custody of the Bureau of Prisons for a period of 37 month, to be followed by a 3 year term of Supervised Release; expiration scheduled for 9/21/2009. The term of supervision included the following additional conditions: 1. The defendant is instructed to pay a Special Assessment in the amount of $100.00, and 2. The defendant shall satisfactorily participate in a treatment program approved by the probation officer relating to substance and/or alcohol abuse, which may include evaluation, counseling, and testing as deemed necessary by the probation officer.

While under supervision, Mr. Marsh has complied with all standard and additional conditions. He was required to participate in random urinalysis; all urinalysis tested negative for illegal substances. Mr. Marsh has maintained a stable residence at 438 S. Street, NW, Washington, D.C. He is currently employed as a marketing manager at Woolly Mammoth Theater Company; his annual salary is $36,500.00. Our last personal contact with Mr. Marsh was on. October 16, 2008.

Page 2
Request for Early Termnation
Marsh, Troy

A criminal record check was completed on December 10, 2008. The record check as well as collateral and personal contacts indicate that Mr. Marsh is leading a crime free lifestyle. He did not play an aggravated role in the instant offense, we have identified no individual or public safety risks, and there has been no indication of violence while on supervision. He has successfully completed over half of his term of supervision.

Pursuant to Rule 32.1(c) of the Federal Rules of Criminal Procedure, the Office of the U. S. Attorney has been given this favorable modification 5 business days prior to submission to the Court, providing it an opportunity to comment upon the proposed action.

I respectfully recommend Your Honor grant this request for early termination. If you have any questions, please contact me at (410) 962-4155.


cc: Martin J. Clarke, Assistant U.S. Attorney